UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| C. M. S. a minor by her mother, LILLIAN F. FARLEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:16-cv-00088-SEB-MPB ) |
| NANCY A. BERRYHILL Acting Commissioner for the Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**SO ORDERED.**

Date: 8/25/2017

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov